UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00223-IM |
| v. | INDICTMENT |
| JACOB MICHAEL GAINES, | 18 U.S.C. § 111(a)(1) and (b) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
(Assault of a Federal Officer)
(18 U.S.C. § 111(a)(1) and (b))

On or about July 11, 2020, in the District of Oregon, **JACOB MICHAEL GAINES**, forcibly assaulted Adult Victim 1 (AV1), a Deputy United States Marshal, while AV1 was engaged in the performance of, and on account of, his official duties; and used a deadly and dangerous weapon, that is a 4 pound blacksmith's hammer;

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

Dated: July 16, 2020

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

CHRISTOPHER CARDANI
Assistant United States Attorney

**Indictment**      Page 1