| | | | | |
|---|---|---|---|---|
| **PACIFIC PAWN & CASH** | | DIANNA MICHELLE GAINES | | SALES RECEIPT: |
| 11146 NE HALSEY ST | |  | | 9677 |
| PORTLAND, OR 97220 | | | | Date: 08/14/2 |
| (503) 252-9810 | | | | |
| | | | EMP: HAM | Page: 1 |

| Item | Description | Qty | Price | To |
|---|---|---|---|---|
| 5-541 | FFL to FFL transfer of American Tactical M1911 pistol s/n:ML137555 to Downing Guns LLC | 1 | 50.00 | 50 |
| 5-541 | Shipment of 100 rds .45ACP ammo to Downing Guns LLC | 1 | 10.00 | 10 |

|  |  |
|---|---|
| SUB TOTAL: | 6( |
| SALES TAX: | ( |
| SALES TOTAL: | 6( |
| VISA : | 1( |
| CASH : | 5( |
| TOTAL TENDERED: | 6( |

PAID IN FULL.
ALL SALES FINAL.


GAINES DIANNA




# OREGON
# FICS On-Line

## 20G017082

Transaction Date/Time:   8/14/20 3:14 pm
Name:                    GUN CHECK by, TIM
Approved / Pending:      APPROVED -- 20G017082

Firearm(s):
GSG - M1911 - Pistol, Semiautomatic - ML137555

**(No Bill)**

https://xn.osp.state.or.us/Fics/Web.dll/Transaction?cmd=PRINT_RECEIPT&ppk=5814081&NS=UlpOUPoBlgkTe7VKZuOBuA1843063

U.S. v. Gaines, 3:20-cr-00223-IM
Motion for Pretrial Release
Exhibit C at 2

STATE OF OREGON
REGISTER OF TRANSFER OF USED FIREARM

INSTRUCTIONS FOR COMPLETING THIS PROCESS:
1. Please print using ink, or fill electronically.
2. Fill out in duplicate for each transfer.
3. Keep an original copy for your files.
4. A duplicate copy must be mailed or hand delivered on the day of transfer to the **local** law enforcement authority where the sale is made.
5. If an error is made while filling out this form, do not destroy. Keep the copy in your book.

Violation of ORS 166.427 is a Class C misdemeanor

| Business Name and Address | Salesman (person buying or taking trade-in) | | |
|---|---|---|---|
| L & P Arms Inc. | Noah | | |
| Date of Purchase or Trade-In (Month, Day, Year) | Time of Purchase or Trade In | | |
| 8/14/2020 | 1:00 | ☐ A.M. | ☒ P.M. |
| City, Town or Township of Purchase or Trade-In | Description of Used Firearm (Handgun, Shotgun, or Rifle) | | |
| Portland, Oregon | Used - Model 88 | | |
| Make or Brand of Firearm | Serial Number | | Caliber |
| Maverick | MV0067811 | | 12ga |
| Name and Address of Seller/Trader | Identification presented by Seller/Trader (include ID number) | | |
| Dianna Gaines | Texas Driver License | | |
| Signature of Seller/Trader | Phone Number | Signature of Dealer (Purchaser) | Phone Number |
| *[signature: Dianna Gaines]* | [redacted] | *[signature]* | 503-427-4370 |

125-5180 (12/08)

OSP Approval #
20G-017056

**CUSTOMER COPY**

BIG IRON ARMORY
8778 NE SANDY BLVD.
PORTLAND, OREGON
FFL# 9-93-05927

U.S. v. Gaines, 3:20-cr-00223-IM
Motion for Pretrial Release
Exhibit C at 3

STATE OF OREGON
REGISTER OF TRANSFER OF USED FIREARM

INSTRUCTIONS FOR COMPLETING THIS PROCESS:
1. Please print using ink, or fill electronically.
2. Fill out in duplicate for each transfer.
3. Keep an original copy for your files.
4. A duplicate copy must be mailed or hand delivered on the day of transfer to the **local** law enforcement authority where the sale is made.
5. If an error is made while filling out this form, do not destroy. Keep the copy in your book.

Violation of ORS 166.427 is a Class C misdemeanor

| Business Name and Address | Salesman (person buying or taking trade-in) | | |
|---|---|---|---|
| L & P Arms Inc. | Noah | | |
| Date of Purchase or Trade-In (Month, Day, Year) | Time of Purchase or Trade In | | |
| 8/14/2020 | 1:00 | ☐ A.M. | ■ P.M. |
| City, Town or Township of Purchase or Trade-In | Description of Used Firearm (Handgun, Shotgun, or Rifle) | | |
| Portland, Oregon | Used - 2245 MK3 Pistol | | |
| Make or Brand of Firearm | Serial Number | | Caliber |
| Ruger | 271-36492 | | 22LR |
| Name and Address of Seller/Trader | Identification presented by Seller/Trader (include ID number) | | |
| Dianna Gaines | Texas Driver License # | | |
| Signature of Seller/Trader | Phone Number | Signature of Dealer (Purchaser) | Phone Number |
| /s/ Dianna Gaines | | /s/ | 503-427-4370 |

125-5180 (12/08)

OSP Aproval #
ZOG01758

**CUSTOMER COPY**

BIG IRON ARMORY
8778 NE SANDY BLVD.
PORTLAND, OREGON
FFL# 9-93-05927

## Federal Firearms License
## (18 U.S.C. Chapter 44)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

In accordance with the provisions of Title I, Gun Control Act of 1968, and the regulations issued thereunder (27 CFR Part 478), you are licensed to engage in the business specified in this license, within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. THIS LICENSE IS NOT TRANSFERABLE UNDER 27 CFR 478.51. See "WARNINGS" and "NOTICES" on reverse.

| | | | |
|---|---|---|---|
| Direct ATF Correspondence To | ATF - Chief, FFLC<br>244 Needy Road<br>Martinsburg, WV 25405-9431 | License Number | 5-75-251-01-2K-09054 |
| Chief, Federal Firearms Licensing Center (FFLC)<br>*Tracey Robertson* | | Expiration Date | October 1, 2022 |

**Name**
DOWNING'S GUNS

**Premises Address** (Changes? Notify the FFLC at least 30 days before the move.)
516 NORTH MAIN
CLEBURNE, TX 76033-

**Type of License**
01-DEALER IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES

**Purchasing Certification Statement**
The licensee named above shall use a copy of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided by 27 CFR Part 478. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license with a signature intended to be an original signature is acceptable. The signature must be that of the Federal Firearms Licensee (FFL) or a responsible person of the FFL. I certify that this is a true copy of a license issued to the licensee named above to engage in the business specified above under "Type of License."

Licensee/Responsible Person Signature: *Jerry Downing*
Position/Title: OWNER
Printed Name: JERRY DOWNING
Date: 9-26-19

**Mailing Address** (Changes? Notify the FFLC of any changes.)
DOWNING'S GUNS LLC
DOWNING'S GUNS
516 NORTH MAIN
CLEBURNE, TX 76033-

ATF Form 8 (5310.11)
Revised October 2011

Previous Edition is Obsolete

---

Downing Guns LLC
516 N. main
Cleburne Tx 76033
817.641.9999