Rosalind M. Lee (OSB 055566)
ROSALIND MANSON LEE, LLC.
474 Willamette St., Ste 302.
Eugene, OR 97401
Tel: (541) 485-5110
Fax: (541) 485-5111
Email: ros@mansonlee.com

Of Attorneys for Defendant/Appellant
JACOB MICHAEL GAINES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff/Appellee ) <br> ) <br> v. ) <br> ) <br> JACOB MICHAEL GAINES, ) <br> ) <br> Defendant/Appellant ) <br> _____ ) | Case No. 3:20-CR-223-IM <br><br> NOTICE OF APPEAL <br><br> FRAP 9(a) APPEAL |

COMES NOW Appellant Jacob Michael Gaines, by and through appointed counsel Rosalind M. Lee, appealing an order of the United States District Court dated November 13, 2020, ordering him detained pending trial.

*United States v Jacob Michael Gaines.* No. 3:20-cr-00223 IM
Notice of Appeal—RULE 9(a) APPEAL
Page 1 of 2

This case was first filed in on July 12, 2020.

Appellee is represented by:

AUSA Christopher Cardani
1000 SW Third Ave., Ste. 600
Portland, OR 97204
503-727-1116
Christopher.cardani@usdoj.gov


DATED: November 27, 2020	Respectfully Submitted,

                                                       ROSALIND MANSON LEE, LLC


                                    By:   /s/ Rosalind M. Lee
                                             Rosalind M. Lee
                                             Of Attorneys for Defendant Jacob Gaines

*United States v Jacob Michael Gaines.* No. 3:20-cr-00223 IM
Notice of Appeal—RULE 9(a) APPEAL
Page 2 of 2