# Exhibit 1

# PLACEHOLDER

Exhibit 1 (.mp4 file) will be conventionally filed via USB thumb drive and provided separately.