# Exhibit 2

# PLACEHOLDER

Exhibit 2 (.mp4 file) will be conventionally filed via USB thumb drive and provided separately.