SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**CHRISTOPHER CARDANI**
Christopher.Cardani@usdoj.gov
**MEREDITH BATEMAN, OSB #192273**
Meredith.Bateman@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

FILED 08 DEC '21 14:57 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00223-IM |
| v. | **EXHIBITS 1 AND 2 TO GOVERNMENT'S SENTENCING MEMORANDUM** |
| **JACOB MICHAEL GAINES,** | |
| **Defendant.** | |

Exhibits 1 and 2 to Government's Sentencing Memorandum.

Dated: December 8, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Christopher Cardani*
CHRISTOPHER CARDANI
MEREDITH BATEMAN, OSB #192273
Assistant United States Attorneys

16GB 3.0

**If found contact:**
**803-705-5533**

0008905